JENNIE DRUMMOND, as Administratrix of the Estate of WILLIAM DRUMMOND, Deceased, Respondent, *v.* ALFRED E. NORTON COMPANY, Appellant.

*Drummond* v. *Norton Co.*, 156 App. Div. 126, affirmed.
(Argued December 1, 1914; decided December 15, 1914.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Ralph Gillette* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Absent: WERNER, J.